## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK EDWARD KEARNEY,

      PLAINTIFF,

          v.

JPC EQUESTRIAN, INC.,

      DEFENDANT.

No. 3:11-CV-01419

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW** this 26th day of March, 2012, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 42) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)    The Report and Recommendation (Doc. 42) is **ADOPTED.**

(2)    Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 1) will be **GRANTED** and all claims other than Plaintiff's claims for breach of contract set forth in paragraphs 1-4 of the Complaint will be **DISMISSED WITHOUT PREJUDICE**.

(3)    This matter is **RECOMMITTED** to  Magistrate Judge Carlson.


                     /s/ A. Richard Caputo
                  A. Richard Caputo
                  United States District Judge