# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK EDWARD KEARNEY, | |
| PLAINTIFF, | No. 3:11-CV-01419 |
| v. | (JUDGE CAPUTO) |
| JPC EQUESTRIAN, INC., | (MAGISTRATE JUDGE CARLSON) |
| DEFENDANT. | |

## ORDER

**NOW** this 26th day of March, 2012, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 42) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 42) is **ADOPTED.**

(2) Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 1) will be **GRANTED** and all claims other than Plaintiff's claims for breach of contract set forth in paragraphs 1-4 of the Complaint will be **DISMISSED WITHOUT PREJUDICE**.

(3) This matter is **RECOMMITTED** to Magistrate Judge Carlson.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge