# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK EDWARD KEARNEY,** : | |
| Plaintiff : | **CIVIL ACTION NO. 3:11-1419** |
| v. : | **(MANNION, D.J.)** |
| : | **(CARLSON, M.J.)** |
| **JPC EQUESTRIAN, INC., and VARUN SHARMA,** : | |
| Defendants : | |
| : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendant's appeal of the order of Judge Carlson entered on October 23, 2012, **(Doc. No. 72)**, is **DENIED**; and

**(2)** the deadline for the filing of the second amended complaint, as well as any further pre-trial case management deadlines, are left to the sound discretion of Judge Carlson.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 2, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2011 MEMORANDA\11-1419-01.ORDER.wpd